AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JAMES ANTHONY AUSTIN**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **DECEMBER 4, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**threaten to assault and murder John Ramsey Johnson, a United States Judge and employee of the United Sates, with the intent to impede, intimidate, and interfere with Judge Johnson, while he/she was engaged in and on account of the performance of his official duties.**

in violation of Title **18** United States Code, Section(s) **115**.

I further state that I am **SPECIAL AGENT ANGELA M. SERCER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT ANGELA M. SERCER**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**_____
Date                                                                                             City and State

_____       _____
Name & Title of Judicial Officer                               Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF COMPLAINT**
JAMES ANTHONY AUSTIN, DOB 10-06-1952, PDID 257-310

I, Angela Sercer, Special Agent with the Federal Bureau of Investigation (FBI), Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the FBI, with federal law enforcement powers. I have been an FBI agent for almost five years, and prior to that, I was a federal law enforcement agent for two and a half years with the Bureau of Alcohol, Tobacco and Firearms. I am currently and very recently assigned to the CR-4 Squad in Washington, D.C. (Violent Crimes Squad), which investigates allegations of interstate threats, threats to public officials, and violent offenses; prior to this assignment, I spent four years investigating counterterrorism matters. During my career, I have participated in numerous criminal investigations, to include drug violations, bank robberies, counterterrorism matters, and have participated in the execution of numerous search warrants.

2. This affidavit is submitted in support of a criminal complaint charging JAMES ANTHONY AUSTIN, date of birth 10/06/1952, with Threatening a Federal Official, in violation of 18 U.S.C. §115.

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers. This affidavit

-2-

contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4. In 2002, a male individual named JAMES ANTHONY AUSTIN (whose criminal history dates back to 1972 and includes assaultive and property offenses) was arrested and charged with arson and threats against his mother, for an incident in which he set fire to the mother's home, after taking steps to prevent her egress from the structure. In that case (United States v. James Anthony Austin, D.C. Superior Court Case No. F06-19702), AUSTIN was deemed to be mentally incompetent to proceed to trial and he was sent to Saint Elizabeth's Hospital (SEH), from where he ultimately escaped and was returned by the U.S. Marshals.

5. On September 23, 2006, AUSTIN was arrested for making threats to do bodily harm to his mother, again. This case was also filed in D.C. Superior Court (United States v. James Anthony Austin, No. 2006CF2021099), and was assigned to the calendar of Superior Court Associate Judge John Ramsey Johnson. The defendant was sent for evaluation to SEH and the court scheduled successive status hearings aimed at assessing AUSTIN's competency. At a hearing held on December 4, 2006, a report was received by Judge Johnson from the mental health staff at SEH, which suggested that defendant AUSTIN was in need of further treatment. The defendant said that he was dissatisfied with his legal representation; he

-3-

said that he was dissatisfied that Judge Johnson was scheduling another status hearing a month later; and he complained generally about the progress of the criminal prosecution. The defendant was ordered remanded back to the John Howard Pavilion of SEH, which is located in S.E. Washington, D.C.

6. John Ramsey Johnson is an Associate Judge of the D.C. Superior Court, having been appointed by President William Jefferson Clinton on November 17, 2000, and confirmed by the United States Congress. He is a paid employee of the United States government. Presiding over the case of <u>United States</u> v. <u>James Anthony Austin</u> is part of the performance of his official duties.

7. Beginning on November 23, 2006, and ending on December 4, 2006, while still housed at SEH, AUSTIN made four telephone calls to Judge Johnson, at his chambers located at 500 Indiana Avenue, N.W., in Washington, D.C., which were recorded as voice messages, in which AUSTIN identifies himself and then complains about the progress of his case and the matters currently before Judge Johnson. In the last call, at 8:35 p.m., on December 4, 2006, AUSTIN stated, "This message is for Judge John Ramsey Johnson. So help me, if I ever meet you on the street, I will make you suck my dick and I'll blow your goddamn brains out!"

8. Based on the above information, I believe there is probable cause to believe that December 4, 2006, within the District of Columbia, the defendant JAMES ANTHONY AUSTIN, did

-4-

threaten to assault and murder John Ramsey Johnson, a United States Judge and employee of the United States, with the intent to impede, intimidate, and interfere with Judge Johnson, while he was engaged in and on account of the performance of his official duties, in violation of 18 U.S.C. §115.

_____
Angela M. Sercer
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this \_\_\_\_ day of December 2006.

_____
United States Magistrate Judge