IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | Criminal No: |
| | : | |
| | : | Magistrate No.: 06-0511M-01 (CR) |
| v. | : | |
| | : | |
| | : | <u>Violations</u>: |
| **JAMES ANTHONY AUSTIN,** | : | |
| | : | 18 U.S.C. § 115 |
| Defendant | : | (Threatening a Federal Official) |
| | : | |

### **I N D I C T M E N T**

The grand jury charges that:

### **COUNT ONE**

On or about December 4, 2006, in the District of Columbia, the defendant, **JAMES ANTHONY AUSTIN**, did threaten to assault and murder John Ramsey Johnson, a United States Judge and employee of the United States, with the intent to impede, intimidate, and interfere with Judge Johnson, while he was engaged in and on account of the performance of his official duties.

**(Threatening a Federal Official**, in violation of Title 18, United States Code, Section 115).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia