AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JAMES ANTHONY AUSTIN

WARRANT FOR ARREST

CASE NUMBER: 06 - 511 - M - 01

To: The United States Marshal
and any Authorized United States Officer

FILED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest __JAMES ANTHONY AUSTIN__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

threatening to assault and murder John Ramsey Johnson, a United States Judge and employee of the United Sates, with the intent to impede, intimidate, and interfere with Judge Johnson, while he was engaged in and on account of the performance of his official duties.

in violation of Title __18__ United States Code, Section(s) __115__

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*John Facciola* (signature)
Signature of Issuing Officer

DEC 15 2006   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __REPORTING__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-15-06 | 1) DAVID BALDWIN  2) USM | *David Baldwin* |
| DATE OF ARREST | | |
| 12-20-06 | | |