UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR: 06-368 (RJL) |
| v. | Cr. No. 06-511M (AK) |
| JAMES ANTHONY AUSTIN, | FILED |
| Defendant. | DEC 2 2 2006 |
| ORDER | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Upon consideration of the evidence adduced at a hearing this day and the Court having reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense, it is, hereby,

**ORDERED** that the defendant be, and hereby is, committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 and that a psychiatric or psychological examination of the defendant be performed and that thereafter a written report be filed pursuant to 18 U.S.C. § 4247(b), which shall include the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense.

**SO ORDERED.**

Dated: December 20, 2006

ALAN KAY
UNITED STATE MAGISTRATE JUDGE