<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Notice of Appearance will be served by delivery to the mail box of the United States Attorney in the Federal District Courthouse on this the 8 day of January 2007 to:

>Barbara Kittay, Esq.
>Office of the United States Attorney
>for the District of Columbia
>555 Fourth Street, N.W.
>Washington, D.C.  20001


>_____/s/_____
>Carlos J. Vanegas
>Assistant Federal Public Defender
>625 Indiana Ave., N.W., Suite 550
>Washington, D.C.  20004
>202-208-7500