```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    Criminal No. 06-368 (RJL)
                              :
                              :
          v.                  :
                              :
                              :
JAMES ANTHONY AUSTIN,         :
                              :
                              :
          Defendant.          :
                              :
_____:
```

### GOVERNMENT'S UNOPPOSED MOTION FOR MENTAL HEALTH TREATMENT PURSUANT TO 18 U.S.C. §4241(d)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Court Order mental health treatment pursuant to 18 U.S.C. §4241(d), and states as follows:

1. The defendant is charged in a one-count indictment with threatening to murder a judge of the Superior Court of the District of Columbia, in violation of Title 18, United States Code, Section 115. It is alleged, that on December 4, 2006, while a patient at Saint Elizabeth's Hospital, the defendant called the chambers of Judge John Ramsay Johnson (who was then assigned to preside over a criminal case in which the defendant was charged with threatening to harm his mother) and threatened to sexually assault and kill him.

2. The defendant has a history of criminal activity and mental health treatment. In each of his most recent arrests, it was the

2

opinion of mental health professionals at Saint Elizabeth's Hospital that the defendant was incompetent to stand trial.

    3. On December 20, 2006, after the defendant's arrest in this case, Magistrate Judge Alan Kay ordered that the defendant be committed to the custody of the federal Bureau of Prisons, for evaluation. In a report dated February 22, 2007, Dr. William Ryan, a staff psychologist at the the Metropolitan Correctional Center in New York, New York, concluded that the defendant is currently incompetent to stand trial. The diagnosis in the report is "Delusional Disorder, Persecutory Type." *See* Opinion of William Ryan, PhD., dated February 22, 2006, at page 5.

    4. The report recommends that the defendant receive treatment for restoration to competency, pursuant to Title 18, United States Code, Section 4241(d). *Id*. At page 8, ¶2.

    5. Defendant's counsel does not oppose the finding of incompetency and takes no position with respect to this motion for treatment.

* * *

    WHEREFORE, the government requests an Order committing the defendant to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for a

3

reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

                                      Respectfully Submitted,

                                      JEFFREY A. TAYLOR
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 498610

By: _____
       BARBARA E. KITTAY
       ASSISTANT U.S. ATTORNEY
       D.C. Bar Number 414216
       United States Attorney's Office
       555 Fourth Street, N.W., Rm. 4846
       Washington, D.C.  20530
       Tel. (202) 514-6940
       barbara.kittay @usdoj.gov

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    Criminal No. 06-368 (RJL)
                              :
        v.                    :
                              :
JAMES ANTHONY AUSTIN          :
                              :
        Defendant.            :
                              :
```

### **O R D E R**

The parties having agreed that the defendant is presently suffering from a mental health disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is hereby,

ORDERED that the defendant is committed, pursuant to 18 U.S.C. §4241(d), to the custody of the Attorney General for treatment in a suitable facility for a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

SO ORDERED, this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE