UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-368 (RJL) |
| v. | : | |
| JAMES ANTHONY AUSTIN | : | |
| Defendant. | : | |

**FILED**

MAR 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

The parties having agreed that the defendant is presently suffering from a mental health disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is hereby,

ORDERED that the defendant is committed, pursuant to 18 U.S.C. §4241(d), to the custody of the Attorney General for treatment in a suitable facility for a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

SO ORDERED, this __13th__ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

