**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-368 (RJL) |
| | : | |
| v. | : | |
| | : | Status: April 25, 2007 |
| JAMES ANTHONY AUSTIN, | : | Magistrate Judge Robinson |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

The United States of America, by and through its attorney, the U.S. Attorney for the District of Columbia, respectfully files this unopposed motion to continue a mental health status hearing, currently set before the Magistrate Judge on April 25, 2007, to a date in mid-September, 2007. In support of this motion, the United States represents as follows:

1. The defendant is charged in a one-count indictment with threatening to murder a judge of the Superior Court of the District of Columbia, in violation of Title 18, United States Code, Section 115. It is alleged, that on December 4, 2006, while a patient at Saint Elizabeth's Hospital, the defendant called the chambers of Judge John Ramsay Johnson (who was then assigned to preside over a criminal case in which the defendant was charged with threatening to harm his mother) and threatened to sexually assault and kill him.

2. On March 13, 2007, the District Court ordered that the defendant be committed to the custody of the Bureau of Prisons, for treatment to restore him to competency.

3.  The government has been contacted by Dr. Chad Brinkley, of the Federal Medical Center at Springfield, Missouri, who is the defendant's treating psychiatrist, and who advised that the earliest time that he will be in a position to provide a report to the Court is late August, 2007.

4.  The hearing scheduled for April 25, 2007 is a control date, set for the purposes of keeping the defendant's case on the calendar, as a way of encouraging the parties to inquire of the defendant's status at appropriate intervals.  The defendant is not in the jurisdiction.

5.  Government counsel has contacted defense counsel, who has no objection to the filing of this motion and who advises that he will be available in mid-September for further status.

WHEREFORE, the government respectfully requests that the status hearing before the Magistrate Judge be continued until mid-September, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR # 498610

By: _____
BARBARA E. KITTAY, D.C.
D.C. Bar #414216
ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :        CRIMINAL NO.  06-368 (RJL)
                                :
                v.              :
                                :
JAMES ANTHONY AUSTIN,           :
                                :
                Defendant.      :

### ORDER

This matter comes before the Court on the government's unopposed motion to continue status hearing.  Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this _____ day of April, 2007, hereby

**ORDERED** that the motion is **GRANTED** and the April 25, 2007, status date is hereby vacated; and it is

**FURTHER ORDERED** that the status hearing is scheduled for

_____.

**IT IS SO ORDERED,**


Date: _____        _____
                          DEBORAH A. ROBINSON
                          UNITED STATES MAGISTRATE JUDGE