FILED

APR 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-368 (RJL) |
| v. | : | |
| JAMES ANTHONY AUSTIN, | : | |
| Defendant. | : | |

### ORDER

This matter comes before the Court on the government's unopposed motion to continue status hearing. Upon review of the motion and the entire record, the Court concludes that good cause exists to grant the motion.

THEREFORE, it is this 25th day of April, 2007, hereby

**ORDERED** that the motion is **GRANTED** and the April 25, 2007, status date is hereby vacated; and it is

**FURTHER ORDERED** that the status hearing is scheduled for 9:30 am on Wednesday, September 12, 2007.

IT IS SO ORDERED,

Date: April 25, 2007

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE