IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Cr. No. 06-368-01 (RJL) |
| : | |
| **JAMES AUSTIN,** : | |
| : | |
| : | |
| **Defendant.** : | |

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Jonathan S. Jeffress has assumed responsibility for the defense of James Austin in the above-captioned case. Ms. Austin's case had previously been assigned to Assistant Federal Public Defender Carlos Vanegas.

Respectfully submitted,

"/s/"
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

_____