UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :     Criminal No. 06-368 (RJL)
                                :
            v.                  :
                                :
JAMES ANTHONY AUSTIN            :          **FILED**
                                :
            Defendant.          :          OCT 3 1 2007
_____:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

The parties having agreed that the defendant is presently
suffering from a mental health disease or defect rendering him
mentally incompetent to the extent that he is unable to
understand the nature and consequences of the proceedings against
him or to assist properly in his defense, it is hereby,

ORDERED that the defendant is committed, pursuant to 18
U.S.C. §4241(d), to the custody of the Attorney General for
treatment at the Federal Medical Center at Springfield, Missouri,
for a reasonable time, not to exceed transport back to the
District of Columbia by December 7, 2007, as is necessary to
determine whether there is a substantial probability that in the
foreseeable future he will attain the capacity to permit the
trial to proceed through the administration of anti-psychotic
medication; and it is

FURTHER ORDERED that in the event that the Chief
Psychiatrist or his designee should determine that the defendant
is substantially likely to be restored to competency through the
use of anti-psychotic medications, he is to direct that a written

-2-

proposal for the administration of anti-psychotic medications be

prepared and submitted to the Court, no later than December 3,

2007, consistent with the decision of the Fourth Circuit Court of

Appeals in <u>United States</u> v. <u>Evans</u>, 404 F.3d 227 (4th Cir. 2005).

SO ORDERED, this ___31st___ day of __October__, 2007.

_____
UNITED STATES MAGISTRATE JUDGE