UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES ANTHONY AUSTIN,<br><br>   Defendant. | Criminal No.  06-0368<br>RJL/DAR |

**ORDER**

On the record, on October 30, 2007, when the court continued the *Sell* hearing which was commenced on October 26, 2007, the undersigned denied the government's request to permit the psychiatrist the government intended to call as a witness to testify by teleconference and stated the basis of the exercise of discretion to do so.  *See* Transcript of Proceedings on October 30, 2007 (Document No. 20) at 16.   The court has subsequently reviewed the November 20, 2007 request of the psychiatrist for permission to appear by "televideo" (Document No. 16),  as well as the response of both counsel (Document Nos. 17, 18).[1]  The court finds that neither the psychiatrist nor counsel for the government has offered any ground which warrants reconsideration of the decision articulated on October 30, 2007.[2]  Accordingly, it is, this  6th  day of December, 2007,

   **ORDERED** that the psychiatrist's request to appear by "televideo" for the continuation

---

   [1]  The sole ground of the psychiatrist request is that "videoconferencing minimizes the time that I would need to be away from my clinical duties here in Springfield." Psychiatrist's Request at 1.

   [2]  The court has reviewed United States v. Moruzin, No. CR 05-306, 2007 WL 2914903 (D.N.J. Oct. 1, 2007), cited by the government in its Response to the Request for Testimony using Teleconferencing Technology (Document No. 17).  The court finds the holding is appropriately limited to the facts of that case, and does not constitute authority for a finding by this court that a court must grant a psychiatrist's request for his or her testimony to be offered by teleconference at a *Sell* hearing, over the objection of counsel for the defendant.  Indeed, counsel for the government does not suggest that Moruzin is the law of this court.

United States v. Austin    2

of the *Sell* hearing is **DENIED**.

December 6, 2007              /s/
                             DEBORAH A. ROBINSON
                             United States Magistrate Judge