UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-368 (RCL) |
| | : | |
| v. | : | |
| | : | |
| JAMES AUSTIN | : | |
| | : | |

**UNOPPOSED MOTION TO CONTINUE *SELL* HEARING FOR ONE WEEK**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the *Sell* hearing in this matter for one week. In support of this motion, the undersigned submits the following:

1. The *Sell* hearing is currently scheduled for January 22, 2008. Dr. Robert Sarazzin is scheduled to testify at this hearing.

2. The undersigned Assistant United States Attorney inherited this matter from another prosecutor in late December 2007. On January 14, 2008, the undersigned learned from defense counsel that on December 11, 2007, he requested from the government the records Dr. Sarazzin relied upon to complete his November 29, 2007 psychiatric report regarding Mr. Austin. (This request was done via email, and there was no indication in the file provided to the undersigned that such a request had been made.) Upon learning of this request, the undersigned immediately contacted the Federal Medical Center in Springfield, Missouri (FMC - Springfield), to request these records.

3. The requested records are voluminous, but FMC - Springfield expedited the duplication of these records, and they are expected to be delivered to the undersigned via Federal Express later today. The government expects to be able to provide copies of these records to defense counsel early on January 18, 2008.

4. Defense counsel has indicated that he will need additional time to review the records.

5. The undersigned has consulted with Dr. Sarazzin, who indicated that he would be available to testify on January 29, 2008. This date is acceptable to defense counsel as well.

WHEREFORE, for the reasons stated above, the government respectfully requests that the *Sell* hearing be continued for one week, to January 29, 2008. The government also respectfully requests that the Court rule on this motion by January 18, 2008, as Dr. Sarazzin is an out-of-state witness, and thus must cancel his travel reservations if the hearing is continued.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney

*Catherine K. Connelly*
Catherine K. Connelly
Assistant United States Attorney
Major Crimes Section, Mass. Bar No. 649430
555 4th Street, N.W., # 4844
Washington, DC 20530
(202) 616-3384; Fax: 353-9414

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-368 (RCL) |
| | : | |
| v. | : | |
| | : | |
| JAMES AUSTIN | : | |
| | : | |

**<u>ORDER</u>**

Upon consideration of the Government's Motion to Continue, and the record herein, it is this _____ day of January, 2008, hereby

ORDERED, that the Government's motion is GRANTED. The January 22, 2008 *Sell* hearing is vacated, and the hearing date is rescheduled for January 29, 2008 at _____.

_____
UNITED STATES MAGISTRATE JUDGE

copies to:

Catherine K. Connelly
U.S. Attorney's Office
Room 4844
555 4th Street, NW
Washington, DC 20530

Jonathan Jeffress
625 Indiana Avenue, Suite 550
Washington DC 20004