UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-368 (RCL) |
| | : | |
| v. | : | |
| | : | |
| JAMES AUSTIN | : | |
| | : | |

**GOVERNMENT'S NOTICE OF ADDITIONAL *SELL* HEARING EXHIBIT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs this Court that it intends to introduce an additional exhibit as part of the record in the *Sell* hearing. In support of this motion, the undersigned submits the following:

A *Sell* hearing in this matter began on October 26, 2007. Testimony was also heard on January 29, 2008, and January 30, 2008. On January 30, 2008, defense counsel submitted as exhibits portions of the defendant's medical records. The government did not oppose the introduction of these exhibits, but reserved the right to argue the weight the Court should give these exhibits, given that no testimony was offered explaining the records.

The government also informed the Court that upon reviewing the exhibits submitted by the defense, it might seek to introduce additional portions of the defendant's medical records as exhibits. Defense counsel did not object to this, and the Court ordered the government to provide any additional government exhibits to defense counsel by February 4, 2008, and to alert the Court to these new exhibits.

WHEREFORE, the government hereby informs the Court that it intends to introduce one

additional exhibit in the *Sell* proceedings.  This exhibit has been labeled Government's Exhibit 3, and will be provided to the Court and defense counsel under separate cover.

                                              Respectfully submitted,

                                              JEFFREY TAYLOR
                                              United States Attorney

                                              *Catherine K. Connelly*
                                              Catherine K. Connelly
                                              Assistant United States Attorney
                                              Major Crimes Section, Mass. Bar No. 649430
                                              555 4th Street, N.W., # 4844
                                              Washington, DC 20530
                                              (202) 616-3384; Fax: 353-9414