IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 06-368 (RJL/DAR) |
| JAMES A. AUSTIN, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR EMERGENCY STATUS CONFERENCE

Defendant, James A. Austin, respectfully submits this Motion for an Emergency Status Conference.

1. The defense has learned that Mr. Austin was recently transferred, per an order of the Superior Court (Rigsby, J.), from D.C. Jail to St. Elizabeth's Hospital. That transfer was apparently in violation of the detainer in this case, which should have prevented Mr. Austin's transfer to non-federal custody without prior agreement of this Court.

2. In any event, undersigned counsel has just spoken with Mr. Austin's counsel in the Superior Court case, David Norman, Esq., of the Public Defender Service. Mr. Norman has informed undersigned counsel that St. Elizabeth's has begun an internal procedure to forcibly medicate Mr. Austin at St. Elizabeth's–the same ultimate issue that is under consideration by this Court. The legal grounds upon which St. Elizabeth's is forcibly medicating Mr. Austin are entirely unclear and do not appear to include a determination by any court under *Sell v. United States*, 529 U.S. 166, 189-180 (2003), or an administrative decision that Mr. Austin must be forcibly medicated for dangerousness, per *Washington v. Harper*, 494 U.S. 210 (1990). In short, undersigned counsel has serious concerns that St. Elizabeth's is forcibly medicating Mr. Austin in

violation of his rights under the United States Constitution.

3. Pursuant to the above, Counsel is requesting an immediate status conference to further address this situation.

4. Counsel has attempted to contact the AUSA assigned to this case, Catherine Connelly, but without success. Counsel is aware that AUSA Connelly is currently in trial before the Honorable James Robertson.

Respectfully submitted,

A.J. KRAMER

Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 06-368 (RJL/DAR) |
| | ) | |
| **JAMES A. AUSTIN,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Based upon defendant's Motion for an Emergency Status Conference, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that a status conference is set in this case for

_____, at _____ am/pm.


_____
The Honorable Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE