IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 06-368 (RJL/DAR) |
| ) | |
| JAMES A. AUSTIN,        ) | |
| ) | |
| Defendant.          ) | |

### NOTICE OF FILING

The defendant, James Anthony Austin, respectfully submits this proposed Consent Order. The attached proposed Consent Order was discussed in open Court on April 14, 2008 and agreed to by all parties.

Respectfully submitted,

A.J. KRAMER

Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Criminal No. 06-368 (RJL/DAR) |
| ) | |
| **JAMES A. AUSTIN,** ) | |
| ) | |
| **Defendant.** ) | |

## CONSENT ORDER

By consent of all parties, as discussed in open Court on April 14, 2008, and for good cause shown, it is hereby

**ORDERED** that defendant James Anthony Austin is hereby committed to the custody of the Attorney General, for transfer to an appropriate Federal Medical Center, until further notice of this Court. Such notice will be supplied at such a time after this Court has concluded the proceedings concerning the application to involuntarily medicate the defendant pursuant to *Sell v. United States*, 529 U.S. 166, 189-180 (2003); it is further

**ORDERED** that any additional motions in this case are due on April 18, 2008; oppositions are due on April 23, 2008; and replies are due on April 25, 2008; and it is further

**ORDERED** that, so any additional motions may be resolved, further proceedings to involuntarily medicate Mr. Austin under *Sell* are hereby **STAYED** pending further Order of the Court.

**SO ORDERED.**

_____
The Honorable Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE