UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAMES A. AUSTIN,

Defendant.

Criminal No. 06-0368
RJL/DAR

**FILED**

APR 15 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CONSENT ORDER

For good cause shown, with consent of both parties, and in accordance with the undersigned's rulings from the bench in open court on April 14, 2008, and for good cause shown, it is

**ORDERED** that the defendant James Anthony Austin is hereby committed to the custody of the Attorney General, for transfer to a suitable Federal Medical Center, pending the conclusion of the proceedings concerning the United States' application to involuntarily medicate the defendant pursuant to *Sell v. United States*, 539 U.S. 166 (2003).

It is **FURTHER ORDERED** that no later than April 18, 2008 (1) the United States shall file its motion for recusal of the undersigned, and (2) Defendant's counsel shall file his motion to supplement the record of the *Sell* hearing. Oppositions to said motions shall be filed no later than April 30, 2008, and replies to the oppositions shall be filed by no later than May 7, 2008.

United States v. Austin                                                                                             2

It is **FURTHER ORDERED** that pending the determination of the motions which are the subject of the foregoing provision, further consideration of the *Sell* findings is hereby **STAYED**.

 

_____
DEBORAH A. ROBINSON
United States Magistrate Judge