UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-368 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **JAMES ANTHONY AUSTIN,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Jean Sexton, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    Bar No.: 498610


By: _____
    JEAN SEXTON
    Assistant United States Attorney
    Federal Major Crimes , MD Bar NJ 02122-1995
    555 4th Street, NW, Room 4235
    Washington, DC 20530
    202-305-1419
    Jean.Sexton@usdoj.gov