**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES A. AUSTIN,** | : | **Criminal Case No. 06-368 (RJL/DAR)** |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S REPLY TO DEFENDANT'S MOTION TO SUPPLEMENT RECORD OF *SELL* HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Reply to Defendant's Motion to Supplement Record of Sell Hearing. In support of this Reply, the United States relies on the following points and authorities and such other points and authorities as may be cited at any hearing on this issue:

1. In his motion, the defendant first seeks to admit "Exhibit 11," which is a Discharge Summary from the defendant's treatment at St. Elizabeth's Hospital from September 25, 2006 through January 18, 2007. See Def. Mot. at 1-2. With respect to the admission of the document as an exhibit, the Government has no objection.[1] The Government does object, however, to any representations by defense counsel, orally or in writing, as to what weight this Court or the Honorable Richard J. Leon should give the document unless accompanied by medical testimony. Exhibit 11 refers to the administration of drugs in 2006, almost two years ago, and by itself that

[1]In preparing this Reply, the undersigned Assistant spoke with former Assistant U.S. Attorney Barbara Kittay who handled the initial Sell proceedings. While Ms. Kittay cannot recall each document that was provided to defense counsel, she believes that all of the records from St. Elizabeth's Hospital were turned over, and that the fact that the defendant had been involuntarily medicated on a prior occasion was fully litigated by the parties during the hearing. Notwithstanding these representations, the Government does not object to the late admission of the Discharge Summary.

has little, if any, bearing on whether the defendant would become competent if medicated in 2008. Significantly, the document does not indicate what medication was given in 2006, and whether it is the same medication that would be given in 2008. Without additional medical testimony, to claim that Exhibit 11 has any significant weight would be misleading.

    2. The defendant also seeks to have the Court take judicial notice of five "indisputable facts." Def. Mot. at 3-4. The Government's reply is as follows:

- With respect to the first two requests, the Government provided the documents that defense counsel attached as Exhibit 1 (Release Order dated March 4, 2008), and Exhibit 2 (Department of Mental Health letter dated March 31, 2008), to the Court and defense counsel at the April 10, 2008, hearing and we have no objection to the Court admitting those documents at this time. To complete the record of the hearing, the Government is requesting that the Court also admit the other Superior Court documents, copies of which are attached, that were provided at the same time and referenced during the hearing, including: printout of docket entries in United States v. Austin, 2006CF2021099 (Ex. 1-Supp.); Mental Examination Information dated February 5, 2008 (Ex. 2-Supp.); Mental Examination Order dated February 5, 2008 (Ex. 3-Supp.); Department of Mental Health letter dated February 26, 2008 (Ex. 4-Supp.); Mental Examination Order dated March 4, 2008 (Ex. 5-Supp.); and Prisoner Return dated April 4, 2008 (Ex. 6-Supp.). As the documents are self-explanatory, the Court need not take judicial notice of these documents in order to admit them.

- With respect to request #3 concerning the date and purpose of the meeting of the

St. Elizabeth's Medication Review Panel ("Panel"), it does not appear that defense counsel is seeking to admit the actual letter attached as Exhibit 3, and the Government would oppose any such request as it contains extraneous, unvalidated information that is irrelevant to this proceeding. The Government agrees, and will stipulate, that "A St. Elizabeth's Medication Review Panel *was scheduled to meet* on April 7, 2008 to consider the issue of involuntary medicating Mr. Austin." As the Government has no information on whether the meeting actually took place, we cannot stipulate to the precise language in the defendant's motion and, for that same reason, we oppose the Court taking judicial notice of the fact as written in the motion. See Def. Mot. at 3.

- With respect to requests #4 and 5, the Court need not take judicial notice of either fact, and the Government need not stipulate, as both the fact that the defendant was involuntarily medicated at St. Elizabeth's Hospital, and that he was removed from Court prior to the conclusion of the hearing are contained in the record of the April 10, 2008, proceeding. The official court record of the proceedings is more accurate than either counsel's recollection, i.e., the Government believes the record will reflect that the defendant was medicated on April 7th, rather than April 8th as contained in the defendant's request for judicial notice. Moreover, whatever date is in the record was relayed to the Court by the undersigned Assistant upon receiving that information from Michelle Conner of the Office of the Attorney General. Thus, there is no "evidence," just argument, as to exactly when the defendant was medicated.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court supplement the record of the Sell hearing by (1) admitting defendant's Exhibits 1 and 2 and Government's Exhibits 1-Supp. through 6-Supp.; (2) admitting the record of the April 10 and April 14, 2008 hearings; and (3) if agreed to by the defendant, admitting the parties' stipulation, as revised, as to the scheduled date and purpose of the Panel's meeting. The Government further requests that the Court deny the defendant's request to take "judicial notice" of any of the requests for the reasons stated above.

Respectfully submitted,
JEFFREY A. TAYLOR
United States Attorney

BY: ________/s/__________________

JEAN W. SEXTON
Assistant United States Attorney
NJ Bar No. 02122-1995
555 4th St., N.W. Room 4235
Washington, D.C. 20530
(202) 305-1419
Jean.Sexton@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :
:
**v.** :
:
**JAMES A. AUSTIN,** : **Criminal Case No. 06-368 (RJL/DAR)**
:
**Defendant.** :
:

**ORDER**

Upon consideration of the Defendant's Motion to Supplement Record of Sell hearing, the Government's reply thereto, and the entire record herein, it is:

ORDERED that Defense Exhibit 1 and 2 that were filed with the Defendant's Motion, are hereby admitted;

ORDERED that Government's Exhibits 1-Supp. through 6-Supp. that were filed with its Reply, are hereby admitted:

ORDERED that the stipulation, as revised by the Government in its Reply, be admitted unless objected to by the defendant in his Response due May 7, 2008; and

ORDERED that the transcripts from the April 10, 2008, and April 14, 2008, hearings are hereby admitted.

DEBORAH A. ROBINSON
United States Magistrate Judge

copies to:
Jean Sexton, Esq. (USAO)
Jonathan Jeffress, Esq. (FPDS)




2006 CF2 021099 United States Vs. AUSTIN, JAMES A

Search Criteria
Docket Entry
Images All Dockets
Participant
Display OptionExclude Non Display Dockets

Begin Date
End Date

SortDescending

Search Results

GOVERNMENT EXHIBIT 1-Supp.

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 4/4/2008 | | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 04/23/2008 Time: 9:00 am<br>Judge: RIGSBY, ROBERT R Location: Courtroom 220 | | |
| 4/4/2008 | | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 04/04/2008 13:22:29 | | |
| 4/4/2008 | | Event Resulted - Release Status: St. Elizabeth's Hospital<br>Government to contact D.C. Office of the Attorney General (OAG) regarding the confirmation of a present civil commitment. Case continued for further mental observation.<br>The following event: Mental Observation Hearing scheduled for 04/04/2008 at 9:00 am has been resulted as follows:<br><br>Result: Held<br>Judge: RIGSBY, ROBERT R Location: Courtroom 220<br>JAMES A AUSTIN (Defendant (Criminal)); ;<br>ARCHIE NICHOLS (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal));<br>Judge ROBERT R RIGSBY | | |
| 4/2/2008 | | Report recvd from Forensic Inpatient Svcs | | |
| 3/4/2008 | | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 04/04/2008 Time: 9:00 am<br>Judge: RIGSBY, ROBERT R Location: Courtroom 220<br><br>Result: Held | | |
| 3/4/2008 | | Event Resulted - Release Status: St. Elizabeth's Hospital<br>Based upon report received from Bureau of Legal Services, Court requested another full competency examination to be conducted at St. Elizabeth's Hospital in the John Howard Pavilion. Case continued for further mental observation.<br>The following event: Mental Observation Hearing scheduled for 03/04/2008 at 9:00 am has been resulted as follows:<br><br>Result: Held<br>Judge: RIGSBY, ROBERT R Location: Courtroom 220<br>JAMES A AUSTIN (Defendant (Criminal)); ;<br>ARCHIE NICHOLS (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal)); | | |

| | |
|---|---|
| 3/4/2008 | Competency Examination Requested |
| 3/4/2008 | Release Order Filed |
| 2/26/2008 | Rpt rcvd frm Bureau of Legal Svcs |
| 2/5/2008 | Form Filed: Mental Examination Information Sheet. |
| 2/5/2008 | Competency Examination Requested |
| 2/5/2008 | Event Resulted - Release Status: Held Without Bond<br>Order was not submitted on last court date, Court requested full competency examination. Case continued for further mental observation.<br>The following event: Mental Observation Hearing scheduled for 02/05/2008 at 9:30 am has been resulted as follows:<br><br>Result: Not Held<br>Judge: RIGSBY, ROBERT R Location: Courtroom 220<br>JAMES A AUSTIN (Defendant (Criminal)); ;<br>ARCHIE NICHOLS (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal));<br>Judge ROBERT R RIGSBY |
| 2/5/2008 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 03/04/2008 Time: 9:00 am<br>Judge: RIGSBY, ROBERT R Location: Courtroom 220<br><br>Result: Held |
| 2/5/2008 | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 02/05/2008 13:54:35 |
| 12/31/2007 | Judge Caseload Transfer-Criminal<br>The judge was changed from RICHTER, ROBERT I to RIGSBY, ROBERT . |
| 12/31/2007 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 02/05/2008 Time: 9:30 am<br>Judge: RIGSBY, ROBERT R Location: Courtroom 220<br><br>Result: Not Held |
| 12/12/2007 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 02/05/2008 Time: 9:30 am<br>Judge: RICHTER, ROBERT I Location: Courtroom 213 |
| 12/12/2007 | Event Resulted - Release Status:Defendant in another jurisdiction. Case continued for mental observation hearing.<br>The following event: Mental Observation Hearing scheduled for 12/12/2007 at 9:30 am has been resulted as follows:<br><br>Result: Held<br>Judge: RICHTER, ROBERT I Location: Courtroom 213<br>ARCHIE NICHOLS (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal))<br>Participant(s): Judge ROBERT I RICHTER |

12/5/2007 Rpt rcvd frm Bureau of Legal Svcs

11/21/2007 Competency Examination Requested

11/15/2007 Competency Examination Requested No Bond.
The following event: Mental Observation Hearing scheduled for 11/15/2007 at 9:30 am has been resulted as follows:

Result: Mental Competency Exam Requested : The defendant refused to come out of his cell. The Court orders a futher evaluation to be done at the D.C. Jail on the Mental Health Unit. The Defendant present waived.
ARCHIE NICHOLS (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal))

11/15/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 12/12/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location: Courtroom 213

Result: Held

11/15/2007 Form Generated: Prisoner Return

Prisoner Return
Sent on: 11/15/2007 12:11:35

11/8/2007 Rpt rcvd frm Bureau of Legal Svcs

10/17/2007 Competency Examination Requested [ no bond ]
The following event: Mental Observation Hearing scheduled for 10/17/2007 at 9:30 am has been resulted as follows:

Result: Mental Competency Exam Requested
Judge: RICHTER, ROBERT I Location: Courtroom 213
the court ordered that further examination be conducted on the defendant to determine competency
JAMES A AUSTIN (Defendant (Criminal)); ;
ARCHIE NICHOLS (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal));
Judge ROBERT I RICHTER

10/17/2007 Form Filed: MENTAL EXAMINATION ORDER FILED

10/17/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 11/15/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location: Courtroom 213

Result: Mental Competency Exam Requested

10/17/2007 Form Generated: Prisoner Return

Prisoner Return
Sent on: 10/17/2007 10:24:35

10/16/2007 Rpt rcvd frm Bureau of Legal Svcs

9/13/2007 Competency Examination Requested
The following event: Mental Observation Hearing scheduled for 09/13/2007 at 9:30 am has been resulted as follows:

Result: Mental Competency Exam Requested
Judge: RICHTER, ROBERT I Location: Courtroom 213
further mental examination order filed in open court, hearing is continued
JAMES A AUSTIN (Defendant (Criminal)); ;

ARCHIE NICHOLS (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal)); Judge ROBERT I RICHTER

| | |
|---|---|
| 9/13/2007 | Form Filed: mental examination order filed |
| 9/13/2007 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 10/17/2007 Time: 9:30 am<br>Judge: RICHTER, ROBERT I Location: Courtroom 213<br><br>Result: Mental Competency Exam Requested |
| 9/13/2007 | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 09/13/2007 12:29:31 |
| 9/13/2007 | Attorney Dismissed<br>Attorney KERSEY, FRANKLIN B dismissed/withdrawn for AUSTIN, JAMES A on 09/13/2007 |
| 9/13/2007 | Attorney Appointed<br>Attorney NICHOLS, ARCHIE representing Defendant (Criminal) AUSTIN, JAMES A as of 09/13/2007 |
| 8/9/2007 | Information Docket: AT THE REQUEST OF JUDGE RICHTER I WAS INSTRUCTED TO FIND OUT WHY DEFENDANT WAS NOT IN COURT THIS DATE. DEFENDANT MADE THREAT TO A SUPERIOR COURT JUDGE WHICH GENERATED A CASE IN THE DISTRICT COURT AND WAS REMOVED FROM ST. E'S TO A FEDERAL TREATMENT CENTER IN OKLAHOMA CITY, OKLAHOMA, AND WILL BE RETURNED 8/13/07 FOR HEARING. |
| 8/9/2007 | Event Resulted - Release Status: ST. E ' S<br>The following event: Mental Observation Hearing scheduled for 08/09/2007 at 9:30 am has been resulted as follows:<br><br>Result: Not Held<br>Judge: RICHTER, ROBERT I Location: Courtroom 213<br>Participant(s): Judge ROBERT I RICHTER |
| 8/9/2007 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 09/13/2007 Time: 9:30 am<br>Judge: RICHTER, ROBERT I Location: Courtroom 213<br><br>Result: Mental Competency Exam Requested |
| 7/6/2007 | Event Resulted - Release Status: INCORRECT HEARING DATE, SCHEDULED IN ERROR. CORRECT DATE IS 8-9-07, ( NOT 7-9-07 ).<br>The following event: Mental Observation Hearing scheduled for 07/09/2007 at 9:30 am has been resulted as follows:<br><br>Result: Vacated<br>Judge: RICHTER, ROBERT I Location: Courtroom 213<br>Participant(s): Judge ROBERT I RICHTER |
| 7/6/2007 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 08/09/2007 Time: 9:30 am<br>Judge: RICHTER, ROBERT I Location: Courtroom 213<br><br>Result: Not Held |
| 7/6/2007 | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 07/06/2007 11:26:45 |
| 7/6/2007 | Event Resulted - Release Status: NO BOND ( ST. E's ). M.O. HRG. RESCHEDULED UNTIL |

8-9-07. ATTY. KERSEY CALLED IN. ATTY. KERSEY REMAINS HOSPITALIZED, AT THIS TIME.
The following event: Mental Observation Hearing scheduled for 07/06/2007 at 9:30 am has been resulted as follows:

Result: Not Held
Judge: RICHTER, ROBERT I Location: Courtroom 213
Participant(s): Judge ROBERT I RICHTER

7/6/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 07/09/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location: Courtroom 213

Result: Vacated

7/6/2007 Prisoner Transfer Request

Prisoner Transfer Request
Sent on: 07/06/2007 11:22:01

7/6/2007 Form Generated: Prisoner Return

Prisoner Return
Sent on: 07/06/2007 11:20:18

3/8/2007 Event Resulted - Release Status: ST. E' S
The following event: Mental Observation Hearing scheduled for 03/08/2007 at 9:30 am has been resulted as follows:

Result: Not Held
Judge: RICHTER, ROBERT I Location: Courtroom 213
DEFENDANT IS CURRENTLY IN NEW YORK CITY MENTAL HOPSITAL AT THE PRESENT TIME, HEARING IS CONTINUED PENDING FURTHER EXAMINATION OF THE DEFENDANT
FRANKLIN B KERSEY (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal))
Participant(s): Judge ROBERT I RICHTER

3/8/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 07/06/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location: Courtroom 213

Result: Not Held

2/21/2007 Event Resulted - Release Status: ST. E'S
The following event: Mental Observation Hearing scheduled for 02/21/2007 at 9:30 am has been resulted as follows:

Result: Not Held
Judge: RICHTER, ROBERT I Location: Courtroom 213
FRANKLIN B KERSEY (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal))
Participant(s): Judge ROBERT I RICHTER

2/21/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 03/08/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location: Courtroom 213

Result: Not Held

2/15/2007 Event Resulted - Release Status: ST. E ' S
The following event: Mental Observation Hearing scheduled for 02/14/2007 at 9:30 am has been resulted as follows:

Result: Not Held
Judge: RICHTER, ROBERT I Location: Courtroom 213
DEFENSE ATTORNEY NOT PRESENT, DEFENDANT NOT PRESENT

Participant(s): Judge ROBERT I RICHTER

2/15/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 02/21/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location:
Courtroom 213

Result: Not Held

2/9/2007 Event Resulted - Release Status: ST. E'S
The following event: Mental Observation
Hearing scheduled for 02/09/2007 at 9:00 am
has been resulted as follows:

Result: Not Held
Judge: RICHTER, ROBERT I Location:
Courtroom 213
DEFENSE COUNSEL NOT PRESENT, DEFENDANT NOT
PRESENT, HEARING IS CONTINUED
Participant(s): Judge ROBERT I RICHTER

2/9/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 02/14/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location:
Courtroom 213

Result: Not Held

1/4/2007 Event Resulted - Release Status: ST. E ' S
The following event: Mental Observation
Hearing scheduled for 01/04/2007 at 9:30 am
has been resulted as follows:

Result: Held
Judge: RICHTER, ROBERT I Location:
Courtroom 213
THE COURT ORDERED THAT A FURTHER EVALUATION
BE CONDUCTED ON THE DEFENDANT
JAMES A AUSTIN (Defendant (Criminal)); ;
FRANKLIN B KERSEY (Attorney) on behalf of
JAMES A AUSTIN (Defendant (Criminal));
Judge ROBERT I RICHTER

1/4/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 02/09/2007 Time: 9:00 am
Judge: RICHTER, ROBERT I Location:
Courtroom 213

Result: Not Held

1/4/2007 Form Generated:

Prisoner Return
Sent on: 01/04/2007 15:36:40

1/4/2007 Event Resulted - Release Status: Judge
Johnson recused himself from this case;
case reassigned to Judge Richter; bond
remains.
The following event: Mental Observation
Hearing scheduled for 01/04/2007 at 9:30 am
has been resulted as follows:

Result: Transferred Out To:
Judge: JOHNSON, JOHN RAMSEY Location:
Courtroom 313

1/4/2007 Event Scheduled
Event: Mental Observation Hearing
Date: 01/04/2007 Time: 9:30 am
Judge: RICHTER, ROBERT I Location:
Courtroom 213

Result: Held

12/29/2006 Report recvd from Forensic Inpatient Svcs

12/14/2006 Order of Recusal Entered on the Docket.
Copies Mailed to All Parties.

12/4/2006

Event Resulted - Release Status: Hearing held; court finds, based on report from Forensic Services, that defendant is incompetent to stand trial; further examination requested; bond remains; case set for MO as noted.
The following event: Mental Observation Hearing scheduled for 12/04/2006 at 9:30 am has been resulted as follows:

Result: Held
Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 313

12/4/2006

Event Scheduled
Event: Mental Observation Hearing
Date: 01/04/2007 Time: 9:30 am
Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 313

Result: Transferred Out To:

12/4/2006

Competency Examination Requested

12/4/2006

Mentally Incompetent to Stand Trial
Charge #1: Arrest Charge

11/21/2006

Rpt rcvd frm Bureau of Legal Svcs

11/2/2006

Event Resulted - Release Status: Hearing held; defendant not brought from St Es; case cont for another 30 days; bond remains.
The following event: Mental Observation Hearing scheduled for 11/02/2006 at 9:30 am has been resulted as follows:

Result: Held
Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 313
FRANKLIN B KERSEY (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal))
Participant(s): Judge JOHN RAMSEY JOHNSON

11/2/2006

Event Scheduled
Event: Mental Observation Hearing
Date: 12/04/2006 Time: 9:30 am
Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 313

Result: Held

10/24/2006

Event Scheduled
Event: Mental Observation Hearing
Date: 11/02/2006 Time: 9:30 am
Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 313

Result: Held

10/24/2006

Event Resulted - Release Status:
The following event: Mental Observation Hearing scheduled for 10/25/2006 at 9:30 am has been resulted as follows:

Result: Vacated
Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 313

10/23/2006

Report recvd from Forensic Inpatient Svcs

9/27/2006

Form Generated:

Prisoner Return
Sent on: 09/27/2006 11:44:52

9/27/2006

Event Resulted - Release Status: BOND REMAINS
The following event: Preliminary Hearing scheduled for 09/27/2006 at 11:00 am has been resulted as follows:

| | |
|---|---|
| | Result: Held<br>Judge: HARNETT, ANDREA L. Location: Courtroom 201<br>JAMES A AUSTIN, JAMES ANTHONY AUSTIN (Defendant (Criminal)); ; FRANKLIN B KERSEY (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal)); Judge ANDREA L. HARNETT on behalf of Judge JOHN RAMSEY JOHNSON |
| 9/27/2006 | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 09/27/2006 Time: 11:00 am<br>Judge: HARNETT, ANDREA L. Location: Courtroom 201<br><br>Result: Held |
| 9/26/2006 | Form Filed: TRANSFER/RELEASE ORDER SIGNED BY JUDGE RINGELL FILED. EBC/SP BRANCH |
| 9/26/2006 | Competency Examination Requested |
| 9/25/2006 | CONDITIONS OF RELEASE FILED. |
| 9/25/2006 | Event Resulted - Release Status: 30 DAY COMPETENCY DEFT TO BE TRANSFER TO ST. E NO BOND COME UP ISSUED NO COURT CASE JACKET IN COURT<br>The following event: Mental Observation Hearing scheduled for 09/25/2006 at 4:00 pm has been resulted as follows:<br><br>Result: Held<br>Judge: Location: Courtroom C-10<br>JAMES A AUSTIN, JAMES ANTHONY AUSTIN (Defendant (Criminal)); ; FRANKLIN B KERSEY (Attorney) on behalf of JAMES A AUSTIN (Defendant (Criminal)) |
| 9/25/2006 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 10/25/2006 Time: 9:30 am<br>Judge: JOHNSON, JOHN RAMSEY Location: Courtroom 313<br><br>Result: Vacated |
| 9/25/2006 | Rpt rcvd frm Bureau of Legal Svcs |
| 9/23/2006 | CJA Eligibility Form Filed |
| 9/23/2006 | Pre Trial Report |
| 9/23/2006 | Form Generated:<br><br>Commitment Pending Disposition<br>Sent on: 09/23/2006 18:56:07 |
| 9/23/2006 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 09/25/2006 Time: 4:00 pm<br>Judge: Location: Courtroom C-10<br><br>Result: Held |
| 9/23/2006 | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 09/27/2006 Time: 11:00 am<br>Judge: GOODBREAD, RONALD A. Location: Courtroom 201 |
| 9/23/2006 | Event Scheduled |

Event: Preliminary Hearing
Date: 09/27/2006 Time: 11:00 am
Judge: GOODBREAD, RONALD A. Location:
Courtroom 201

9/23/2006 Forensic Screening Ordered
The following event: Presentment scheduled for 09/23/2006 at 11:00 am has been resulted as follows:

Result: Forensic Screening Ordered
Judge: BRENNEMAN, DIANE M. Location:
Courtroom C-10

9/23/2006 Defendant Preventively Detained pursuant to 23-1322(b)
The following event: Presentment scheduled for 09/23/2006 at 11:00 am has been resulted as follows:

Result: Preventive Detention
Judge: BRENNEMAN, DIANE M. Location:
Courtroom C-10
Charge #1: Arrest Charge

9/23/2006 Event Resulted - Release Status: no bond
The following event: Presentment scheduled for 09/23/2006 at 11:00 am has been resulted as follows:

Result: Held
Judge: BRENNEMAN, DIANE M. Location:
Courtroom C-10

9/23/2006 Event Scheduled
Event: Presentment
Date: 09/23/2006 Time: 11:00 am
Judge: BRENNEMAN, DIANE M. Location:
Courtroom C-10

Result: Forensic Screening Ordered

9/23/2006 Not Applicable-2669 ATT THREATS

9/23/2006 Charge Filed
Charge #1: Attempted Threats to Do Bodily Harm -Misd

9/23/2006 Attorney Appointed/
Attorney KERSEY, FRANKLIN B representing Defendant (Criminal) AUSTIN, JAMES A as of 09/23/2006

**INSTRUCTIONS:** For competency examinations (*screenings* and *"full"*), complete FRONT of form; for criminal responsibility examinations, complete BACK of form. Insert completed form in court jacket prior to sending to Branch.

GOVERNMENT EXHIBIT 2 - Supp

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## MENTAL EXAMINATION INFORMATION SHEET

United States
~~District of Columbia~~
vs.
James A. Austin

CASE NUMBER: 2006 CF2 021099
PDID NO: 257-310
CHARGE(S): Att. Threats to Do Bodily Harm

**TYPE OF EXAMINATION ORDERED:**
- ☐ Competency Screening ("forensic screening," "24-hour" exam; *complete this page only*)
- ☑ Competency ("full," "45-day," "60-day" exam; *complete this page only*)
- ☐ Criminal Responsibility (*go to reverse side*)

**EXAMINATION IS TO BE CONDUCTED TO DETERMINE COMPETENCY TO:**
- ☑ stand trial in this case
- ☐ plead guilty in this case
- ☐ waive the insanity defense (Frendak inquiry)
- ☐ waive an extradition hearing
- ☐ participate in sentencing in this case (convicted defendant only)
- ☐ participate in a probation revocation hearing (probationer only)
- ☐ serve as a witness in this case ______________ (name of witness)

**THIS EXAMINATION IS ORDERED BECAUSE OF THE FOLLOWING CONCERNS:** (*Check ALL applicable boxes*)
- ☐ odd or bizarre behavior (specify below)
- ☐ problems understanding or following procedures (specify below)
- ☐ manifestations of chronic mental disorder (specify below)
- ☐ problems cooperating with attorney (specify below)
- ☐ recommendation of competency screening evaluation
- ☐ apparent low intellectual functioning that interferes with ability to understand proceedings or cooperate with attorney (specify below)
- ☑ other (specify below)

The Court would like the report to include specific language as to the likelihood of the defendant to regain competency in the foreseeable future.

**EXAMINATION INITIATED BY:**
☑ Judge/Commissioner ☐ Defense Attorney ☐ Prosecution Attorney ☐ Other: ______

**LOCATION OF EXAMINATION:**
- ☐ Courthouse cellblock (defendant detained, screening only)
- ☑ DCDC Detention Facility mental health unit (defendant detained)
- ☐ Bureau of Legal Services outpatient clinic (defendant not detained)

Case: 2006 CF2 021099
00030470977
Dkt: FORMCRM

Defense Attorney's name and telephone/fax numbers Archie Nichols, (301) 346-4013
Assistant U.S. Attorney's name and telephone/fax numbers ~~Mary Chris Dobbs~~, April Friendly
Released defendant's address and telephone number ______

2-5-08 [signature]



GOVERNMENT
EXHIBIT
3-Supp

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

# MENTAL EXAMINATION ORDER

United States of America
~~District of Columbia~~

vs.

James A. Austin

Case No. 2006 CF2 021099
PDID No. 257-310
Date Filed 09/23/2006
Felony Charges
Misdemeanor Charges Attempted Threats to Do Bodily Harm

☐ **STATEMENT OF FACTS ATTACHED**

A. TO 1. ☒ Chief, Legal Services Division, Forensic Services Administration.
2. ☒ Director, Department of Corrections: receive into your custody the above-named defendant while awaiting the specified examination.

3. ☐ Chief, Inpatient Services Division, Forensic Services Administration.

B. Pursuant to D.C. Code § 24-901(a), receive into your custody the above-named defendant for the purpose of conducting a

1. ☒ COMPETENCY EXAMINATION to render an opinion as to the present mental competency of the defendant to stand trial.

2. ☐ CRIMINAL RESPONSIBILITY EXAMINATION to render an opinion as to whether the defendant at the time of the alleged criminal offense, committed on or about __________, as result of mental disease or defect lacked substantial capacity to recognize the wrongfulness of his conduct or to conform his conduct to the requirements of the law.

C. The examination(s) indicated under B, above, is to be performed

1. ☒ on an OUTPATIENT basis, or in the Mental Health Unit while in detention at D.C. Jail.

2. ☐ on an INPATIENT basis in a hospital setting, when bed space is available. Emergency Medical/Surgical Care Agreement in effect.

D. You are further directed to submit a full examination report or status report on or before March 4th 20 08

FORENSIC:
Received By [signature]
Date 2-5-08 Time 4:20pm

Witness, the Honorable Chief Judge of the Superior Court of the District of Columbia and the seal of said Court, this 5th day of February, 2008

Case: 2006 CF2 021099
00030478976
DKT: CERCRH

Bond set No Bond
Attorney Archie Nicols
Address 14421 Morton Hill Road
Silver Spring, Maryland 20906
Telephone (301) 346-4013
Judge Robert R. Rigsby [signature]

Clerk, Superior Court
of the District of Columbia

By [signature]

Form CD-1248/Aug. 88 9-0216 wd3O3

White-Jacket Canary- Inpatient Services Pink-Jail Goldenrod-Legal Services





GOVERNMENT EXHIBIT 4-Supp

FILED
2008 FEB 26 P 4:50
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF MENTAL HEALTH

February 26, 2008

Forensic Services/Legal Services Branch
Saint Elizabeths Campus/John Howard Pavilion
2700 Martin Luther King, Jr. Avenue SE
Washington, D.C. 20032
Phone: (202) 645-8788
Fax: (202) 373-1704

The Clerk - Criminal Division
c/o Richard Krutz
District of Columbia Courthouse
500 Indiana Avenue, N.W., Room 4110
Washington, D.C. 20001

RE: Austin, James
Case No. 2006 CF2 021099

Dear Sir/Madam:

In response to a court order, I attempted to conduct a forensic mental health evaluation of Mr. James Austin on February 26, 2008 at the D.C. Central Detention Facility (CDF). The purpose of this examination is to determine Mr. Austin's competency to stand trial and the likelihood that he will become competent in the foreseeable future. Mr. Austin faces a charge of Attempted Threats to do Bodily Harm. This examination was ordered because Mr. Austin reportedly displayed odd or bizarre behavior.

This report is based on a 5-minute interview of the defendant and review of the court orders, Complaint, Criminal Rule 112, drug screening test results, Pretrial Services Agency report, Affidavit for Warrant for Arrest, Commitment Pending Disposition form, Financial Disclosure form, CDF medical record (February 25, 2008), Legal Services clinical record, competency information sheets, and the D.C. Department of Mental Health's computerized consumer information system. Mr. Austin was informed of the nature of this examination and the limits of confidentiality.

Mr. Austin is a 55-year-old African American man who is not housed in a mental health treatment unit. Mr. Austin reported to the evaluation room carrying a thick file of papers. I introduced myself and explained my purpose. Mr. Austin refused to be seated and adamantly refused to participate in the evaluation. He gave no reason for this refusal. He then left the evaluation room and did not return. He appeared to be calm and collected today.

Mr. Austin had a comprehensive mental health assessment at the CDF on December 31, 2007. His mental health problems at that time included lack of significant relationships, encapsulated delusions, clipped speech, illogical thought, paranoid/suspicious thinking, labile mood, blunted/flat affect, guarded attitude, and poor insight. He reportedly denied needing or wanting to take psychiatric medication and apparently had refused to take such medication.

Mr. Austin has had five inpatient admissions to the D.C. Department of Mental Health between December 6, 1999 and March 26, 2007. His reported mental health problems have included grandiose and paranoid delusions, agitation, lack of cooperation, inappropriate anger, and violent rages. His diagnoses on June 15, 2005 were Schizoaffective Disorder and Antisocial Personality Disorder. He has been treated with Zydis and Cogentin which are used to treat psychosis and medication side effects. He has no reported history of substance abuse. He tested negative for illegal drugs on September 23, 2006.

As a result of Mr. Austin's refusal to participate in the evaluation, I am unable to form an opinion concerning his competency to stand trial. It is not possible to determine if his behavior was the result of volitional characterological traits, mental illness, or some combination of these factors. After the court and his attorney have had an opportunity to talk with him and to stress the importance of cooperating with the evaluation, he can be referred for another competency evaluation. It is beyond the scope of this evaluation to determine if or when Mr. Austin will be competent. Such a determination may be made by staff at John Howard Pavilion on an inpatient basis.

Very truly yours,

Bruce Cambosos, M.D.
Psychiatrist

Reviewed by:

Robert Benedetti, Ph.D.
Chief, Forensic Legal Services



*Immediate*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

## MENTAL EXAMINATION ORDER

United States of America
~~District of Columbia~~

vs.

James A. Austin

Case No. 2006 CF2 021099
PDID No. 257-310
Date Filed 9-23-06
Felony Charges
All
Misdemeanor Charges Threats to Do Bodily Harm

☐ **STATEMENT OF FACTS ATTACHED**

A. TO 1. ☒ Chief, Legal Services Division, Forensic Services Administration.
2. ☐ Director, Department of Corrections: receive into your custody the above-named defendant while awaiting the specified examination.
3. ☒ Chief, Inpatient Services Division, Forensic Services Administration.

B. Pursuant to D.C. Code § 24-901(a), receive into your custody the above-named defendant for the purpose of conducting a

1. ☒ COMPETENCY EXAMINATION to render an opinion as to the present mental competency of the defendant to stand trial.

2. ☐ CRIMINAL RESPONSIBILITY EXAMINATION to render an opinion as to whether the defendant at the time of the alleged criminal offense, committed on or about ____________________, as result of mental disease or defect lacked substantial capacity to recognize the wrongfulness of his conduct or to conform his conduct to the requirements of the law.

C. The examination(s) indicated under B, above, is to be performed

1. ☐ on an OUTPATIENT basis, or in the Mental Health Unit while in detention at D.C. Jail.

2. ☒ on an INPATIENT basis in a hospital setting, when bed space is available. Emergency Medical/Surgical Care Agreement in effect.

D. You are further directed to submit a full examination report or status report on or before ____________ April 4th 2008

Witness, the Honorable Chief Judge of the Superior Court of the District of Columbia and the seal of said Court, this 4th day of March, 2008

Case: 2006 CF2 021099
Dkt: CERCRH

Bond set St. Elizabeth's Hospital
Attorney Archie Nichols
Address 1717 K Street, N.W., Suite #600
Washington, D.C. 20036
Telephone (301) 346-4013
Judge Robert R. Rigsby [signature]

Clerk, Superior Court
of the District of Columbia

By [signature]

Form CD-1248/Aug. 88 White-Jacket Canary- Inpatient Services Pink-Jail Goldenrod-Legal Services 9-0216 wd303



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
# CRIMINAL DIVISION

**April 4, 2008**

GOVERNMENT
EXHIBIT
6 - Supp

Case #: **2006 CF2 021099**

PDID: 257310

DCDC #:

## PRISONER RETURN

TO: UNITED STATES MARSHAL

Defendant JAMES A AUSTIN is to be returned to St. Elizabeth's Hospital

Separate From:

Next scheduled court appearance:

Mental Observation Hearing at 9:00 am on Wednesday **April 23, 2008** in Courtroom 220,

500 Indiana Avenue N.W., WASHINGTON, DC 20001

April 4, 2008

Joseph Goings, Deputy Clerk

## PRISONER RETURN

**Received by DUSM:** ____ **Printed Name** **Badge#:** 3927 **Signature:** ____ **Date:** 4/4/08 **Time:** 1412

Case: 2006 CF2 021099
00031013058HUNTERB 04/04/2008 5:21:51 PM
Dkt: OCCRH