IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-368 (RJL/DAR) |
| ) | |
| JAMES A. AUSTIN, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO LATE FILE
OPPOSITION TO GOVERNMENT'S MOTION TO RECUSE**

Defendant, James A. Austin, respectfully submits this Unopposed Motion to Late File Opposition to Government's Motion to Recuse. In support of this unopposed Motion, counsel submits as follows:

1. Defendant's opposition to the government's Motion to Recuse was due yesterday, April 30, 2008.

2. Undersigned counsel was the duty day attorney for the Federal Public Defender yesterday and unexpectedly had to spend the majority of the day in Court. Counsel was therefore unable to complete the opposition yesterday. Counsel accordingly requests that he be permitted to late file the Opposition today, May 1, 2008.

3. Counsel contacted an AUSA presently assigned to this case, Jean Sexton. AUSA Sexton stated that the government does not oppose this Motion.

Respectfully submitted,

A.J. KRAMER

Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-368 (RJL/DAR) |
| ) | |
| JAMES A. AUSTIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based upon defendant's Unopposed Motion to Late File Defendant's Opposition to the Government's Motion to Recuse, and for good cause shown, it is accordingly

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that defendant may file the Opposition to the Government's Motion to Recuse on May 1, 2008.

**SO ORDERED.**

_____
The Honorable Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE