UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 3 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | Criminal Case No. 06-368 (RJL/DAR) |
| ) | |
| JAMES A. AUSTIN ) | |
| ) | |
| Defendant.   ) | |

### ORDER

Based upon a finding of good cause shown, following consideration of the motions and the entire record herein, it is hereby:

**ORDERED** that Magistrate Judge Deborah A. Robinson is recused from any further participation in this matter, and

**ORDERED** that the record of the *Sell* hearing in this matter be submitted to District Court Judge Richard J. Leon without the findings and recommendation of Magistrate Judge Deborah A. Robinson.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

Date: 5/8/08