## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 06-368 (RJL)** |
| ) | |
| **JAMES A. AUSTIN,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR STATUS CONFERENCE

Defendant, James A. Austin, respectfully submits this Motion for Status Conference.  In support of this Motion, counsel respectfully submits as follows:

1.      This case was indicted on December 19, 2006.  Since that time, the parties and the Court have been engaged in various pretrial proceedings involving Mr. Austin.  Since October 2006, the case has been before Magistrate Judge Robinson, who was to issue a Report and Recommendation concerning the government's request to involuntarily medicate Mr. Austin under *Sell v. United States*, 529 U.S. 166, 189-180 (2003).

2.      Today, May 13, 2008, the Court issued an Order that, *inter alia*, recused Magistrate Judge Robinson from further work on this case.  The effect of that Order is that Magistrate Judge Robinson will not issue a Report and Recommendation in this case.  That Report and Recommendation had been the subject of extensive hearings and litigation before Magistrate Judge Robinson.

3.      Mr. Austin has now been detained in this case for approximately 17 months.  Because the Court now must make the *Sell* determination without the benefit of Magistrate Judge Robinson's Report and Recommendation, Mr. Austin respectfully requests a prompt status

hearing so that this case, including the government's *Sell* application, may be resolved as quickly as possible.

Respectfully submitted,

A.J. KRAMER

Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-368 (RJL)** |
| | ) | |
| **JAMES A. AUSTIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## ORDER

Based upon defendant's Motion for Status Conference, and for good cause shown, it is

hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that a status conference is set in this case for

_____, at _____ am/pm.


_____
The Honorable Richard J. Leon
UNITED STATES DISTRICT JUDGE