UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  06-368 (RJL) |
| | : | |
| v. | : | |
| | : | |
| JAMES ANTHONY AUSTIN | : | |
| | : | |
| Defendant | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate United States Attorney Jean Sexton's name from the above case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____

Jean Sexton
Assistant United States Attorney
555 4th Street, N.W.  #4235
Bar Number NJ 02122-1995
Washington, DC 20001
(202) 305-0634
Jean.Sexton@usdoj.gov