IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-368 (RJL) |
| ) | |
| JAMES A. AUSTIN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED SECOND MOTION
TO SUPPLEMENT RECORD OF *SELL* HEARING**

Defendant, James A. Austin, through undersigned counsel, respectfully submits this unopposed second motion to supplement the record of the hearing before this Court on the government's application to involuntarily medicate Mr. Austin under *Sell v. United States*, 529 U.S. 166, 189 (2003). By this Motion, the defense respectfully requests that the Court reopen the *Sell* hearing to admit defense exhibit 12, which is a medical record that was not generated until April 9, 2008, after the close of the evidence in the *Sell* hearing. The admission of this record is not opposed by the government.

Respectfully submitted,

A.J. KRAMER

Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | )    **Criminal No. 06-368 (RJL/DAR)** <br> ) |
| **JAMES A. AUSTIN,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

### ORDER

Upon consideration of defendant's Unopposed Second Motion To Supplement Record of *Sell* Hearing, the entire record in this case, and for good cause shown, it is hereby

**ORDERED** that, good cause being shown, Defense Exhibit 12 is hereby **ADMITTED** into the evidentiary record of the *Sell* hearing in this case.

**SO ORDERED.**

_____
The Honorable Richard J. Leon
UNITED STATES DISTRICT JUDGE

# Attachment

## SCHEDULED MEDICATION ADMINISTRATION RECORD-B

| START DATE | STOP DATE | INIT | MEDICATION, DOSE, FREQUENCY | ROUTE | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|---|---|---|---|
| 5/9/08 | 5/13/08 | OA | DPE/m for Adesanbye for Dr Ghose/Awosika | | | |
| 4/5/08 | 5/13/08 | OA | Lisinopril 20mg by mouth daily morning | PO | 6A | discontinued 4/9/08 OA |
| 4/5/08 | 5/13/08 | OA | HCTZ 25mg by mouth daily | PO | 6A | |
| 4/5/08 | 5/13/08 | OA | ASA 81mg by mouth daily | PO | 6A | |
| 4/5/08 | 5/13/08 | OA | zyprexa zydis 10mg at bedtime | PO | 8P | D/C 4/10/08 Awosika |
| 4/5/08 | 5/13/08 | OA | Zyprexa zydis 10mg by mouth each morning | PO | | |
| 5/13/08 | | | Zyprexa Zydis 10mg PO by mouth at night refused by male call psychiatrist stat | | | |

PATIENT NAME: Austin, James
PATIENT IDENTIFICATION: 259 096
WARD: SHP-7 / 2008
PHYSICIAN: Dr Gupta / Potter
ALLERGIES: NKDA
D.O.B. 10/6/1952

DIET: 2GM—NA

DEFENDANT'S EXHIBIT 1A
PENGAD-Bayonne, N.J.

| DATE | TIME | NAME OF MEDICATION | WITHHELD | DELAYED | REFUSED | TIME WHEN GIVEN | INIT | COMMENTS (if needed) |
|---|---|---|---|---|---|---|---|---|
| 4/9/08 | 6P | Att 6am meds PO | | | ✓ | | | By PT refused to take his am |
| 4/10/08 | 6P | Att 6am meds PO Zyprexa Zydis 10mg orally ✓ | | | ✓ | | | off pt in court |

IM Injection Sites

A. Right Deltoid  F. Left Gluteal
B. Left Deltoid   G. Right Anterior Thigh
C. Right Iliac    H. Left Anterior Thigh
D. Left Iliac     I. Right Lateral Thigh
E. Right Gluteal  J. Left Lateral Thigh