IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 06-368 (RJL) |
| ) | |
| JAMES A. AUSTIN,   ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF FILING

The defendant, James Anthony Austin, respectfully submits this proposed Consent Order. The attached proposed Consent Order was discussed in open Court on June 23, 2008 and agreed to by all parties.

Respectfully submitted,

A.J. KRAMER

Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 06-368 (RJL) |
| ) | |
| **JAMES A. AUSTIN,** ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER**

For good cause shown, with consent of both parties, and as discussed in open Court on June 23, 2008, it is hereby

**ORDERED** that defendant James Anthony Austin is hereby committed to the custody of the Attorney General, for transfer to FMC Springfield, pending conclusion of the proceedings concerning the United States' application to involuntarily medicate the defendant pursuant to *Sell v. United States*, 529 U.S. 166 (2003); and it is further

**ORDERED** that such transfer to FMC Springfield shall take place forthwith.

**SO ORDERED.**

_____
The Honorable Richard J. Leon
UNITED STATES DISTRICT JUDGE