IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-368 (RJL) |
| ) | |
| JAMES A. AUSTIN, ) | |
| ) | |
| Defendant. ) | |

**FILED**

JUN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CONSENT ORDER**

For good cause shown, with consent of both parties, and as discussed in open Court on June 23, 2008, it is hereby

**ORDERED** that defendant James Anthony Austin is hereby committed to the custody of the Attorney General, for transfer to FMC Springfield, pending conclusion of the proceedings concerning the United States' application to involuntarily medicate the defendant pursuant to *Sell v. United States*, 529 U.S. 166 (2003); and it is further

**ORDERED** that such transfer to FMC Springfield shall take place forthwith.

**SO ORDERED.**

_____
The Honorable Richard J. Leon
UNITED STATES DISTRICT JUDGE